# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

JS-6

| Case No.: | CV 11-1802 PSG (PLAx)<br>CV 11-3428 PSG (PLAx)<br>CV 11-4294 PSG (PLAx)<br>CV 11-5646-PSG (PLAx)<br>CV 11-6061 PSG (PLAx)<br>**CV 11-8147 PSG (PLAx)**<br>CV11-8217 PSG (PLAx)<br>CV11-9727 PSG (PLAx) | Date: | **January 30, 2012** |
|---|---|---|---|
| Title: | EVAN HIGHTOWER, ET AL. -VS- WASHINGTON MUTUAL BANK, ET AL.<br>KEMAH HENDERSON, ET AL -VS- JPMORGAN CHASE BANK, ET AL<br>CAROLYN SALAZAR -VS- JPMORGAN CHASE & CO., ET AL.<br>ROGER AL-CHAIKH -VS- JPMORGAN CHASE BANK, NA, ET AL.<br>REGINA M SIMPSON ET AL -VS- JPMORGAN CHASE BANK, ET AL.<br>DENNIS KHUTORETSKY, ET AL. -VS- J.PMORGAN CHASE & CO.<br>JOSE YANEZ -VS- P.P. MORGAN CHASE BANK, NA, ET AL.<br>ESTELLA SLIKKER -VS- JPMORGAN CHASE BANK NA, ET AL. | | |

| Present: The Honorable: | **Philip S. Gutierrez, United States District Judge** | |
|---|---|---|
| **Wendy Hernandez** | **Miriam Baird** | **N/A** |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Marcus Bradley/ Kevin McInerney/Raul Perez | | Carrie Gonell |

| Proceedings: | Plaintiffs' Motion to Appoint Seeger Weiss LLp and Initiative Legal Group APC as Interim Co-Lead Class Counsel - Filed 12-08-11 in Case No. **CV11-4294-PSG (Doc. 55)**<br><br>Plaintiffs's Application for Appointment as Interim Lead Counsel and Appointment as Plaintiffs' Liaison Counsel - Filed 12-08-11 in Case No.: **CV 11-1802-PSG (Doc. 31); Req for Judicial Notice (Doc. 32)**<br><br>Plaintiffs' Motion for Leave to File Consolidated Complaint Regarding Seating Claims<br>Filed 12-08-11 in Case No.: **CV11-3428-PSG (Doc. 43 & 44)**<br><br>Plaintiffs Evan Hightower, Ann Ross, Regina Simpson and Regina Sturdivant's Motion for Tolling of Statute of Limitations for Flsa Class Members - Filed 12-30-11 in **Case No.: CV 11-1802 (Doc. 37)** |
|---|---|

    Having considered all papers submitted in support of and in opposition to the Motions referenced above, and the oral argument presented today, the Court takes the motions Under Submission.  Further, the Court orders that all pleadings be filed in case number CV 11-1802-PSG, and that the following cases be **STAYED AND ADMINISTRATIVELY CLOSED**:
    CV 11-4294 PSG (PLAx)
    CV 11-5646-PSG (PLAx)
    CV 11-6061 PSG (FMOx)
    CV 11-8147 PSG (PLAx)
    CV11-8217 PSG (PLAx)
    CV11-9727 PSG (PLAx)

| | 00 | : | 29 |
|---|---|---|---|
| Initials of Preparer | | wh | |